## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PURDUE RESEARCH FOUNDATION )<br>c/o STURAT & BRANIGAN LLP, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VICTOR WAKLEY AND SAVE OUR )<br>VETERANS, INC., )<br>)<br>Defendants/Counter Complainants, )<br>)<br>v. )<br>PURDUE RESEARCH FOUNDATION, )<br>JAMES BARKET (individual), )<br>JOSEPH B. HORNETT (individual), )<br>)<br>Counter Claimants, )<br>)<br>INTERNAL REVENUE SERVICE, )<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Third Party Complainants. ) | No. 1:12-cv-1807-TWP-DKL |

### E N T R Y

    Save Our Veterans, Inc. is one of the original defendants and is a putative counterclaim plaintiff and a putative third party plaintiff. This defendant was given through February 19, 2013, in which to appear by counsel. The court also included in that notice that if Save Our Veterans, Inc. failed to appear by counsel its pleadings would be stricken because a corporation must be represented by counsel.

    It is well known that a litigant in federal court may either appear *pro se* or by counsel. *Lewis v. Lenc-Smith Manufacturing Co.*, 784 F.2d 829, 830 (7th Cir. 1986); 28 U.S.C. ' 1654. Because Save Our Veterans, Inc. has not appeared by counsel and its deadline for doing so has passed, its answer, counterclaim, and third-party

complaint are each **stricken.** Although stricken, these materials shall be kept in the court's file. Those pleadings are not stricken as to Victor Wakley.

    **IT IS SO ORDERED.**

**Date:** 02/26/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Electronically Registered Counsel**

**Victor D. Wakley**
**12165 Golden Bluff Court**
**Indianapolis, IN 46236**